UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-23695-BB

**PELAYO DURAN,**

    Plaintiff,

v.

**EXPERIAN INFORMATION SOLUTIONS INC,
EQUIFAX INFORMATION SERVICES LLC,
TRANS UNION LLC**, and
**NAVIENT SOLUTIONS LLC,**

    Defendants.
_____/

## JOINT MOTION FOR LEAVE TO APPEAR
## VIA VIDEO-CONFERENCE AT MEDIATION

    Plaintiff Pelayo Duran and Defendants Experian Information Solutions Inc. ("Experian"), Equifax Information Services LLC ("Equifax"), Trans Union LLC ("Trans Union"), and Navient Solutions LLC ("Navient"), respectfully move for leave to appear via video-conference at the mediation scheduled for September 28, 2023 before David H. Lichter, Esq.

    Defendants' client representatives are located outside of Florida: Experian's representative is located in Costa Mesa, California; Equifax's representative is located in Atlanta, Georgia; Trans Union's representative is located in Philadelphia, Pennsylvania; and Navient's representative is located in Herndon, Virginia. Plaintiff's and Defendants' attorneys are similarly situated in different locations: Plaintiff's counsel is located in Ft. Lauderdale, Florida; Experian and Equifax's counsel are located in Miami, Florida; Trans Union's counsel is located in Plano, Texas; and Navient's counsel is located in Tampa, Florida. Defendants will incur significant travel expenses if its client representatives and some counsel must travel to the Southern District of Florida to participate in the mediation in person. The parties' goal of conserving costs and expenses associated with this litigation would be furthered by allowing all participants to attend the mediation via video-conference. The parties assure the Court that the parties can and will meaningfully participate by remote means. This appearance will not prejudice any party, nor will it hamper the efficient running of the mediation. The parties have access to technology to

participate remotely and have confirmed that the mediator's office is capable of (and agreeable to) conducting the mediation via videoconference.

## MEMORANDUM OF LAW

This Court's Order Scheduling Mediation (ECF NO. 23) provides that the "mediation shall be held" at the mediator's office in Aventura, Florida. While S.D. Fla. L.R. 16.2(e)(i) contemplates participation in mediation via video-conference, in an abundance of caution because of the language in the Court's Order Scheduling Mediation, the parties respectfully request specific leave to participate in the mediation via video conference. District courts have authority to manage their cases in an effort to conduct litigation efficiently. *See, e.g., Bethel v. Baldwin County Bd. of Education*, 371 Fed. Appx. 57, 62 (11th Cir. 2010) (finding district courts have inherent authority to provide for "the efficient disposition of litigation"); *see also Carson v. Polley*, 689 F.2d 562, 585 (5th Cir. 1982). The Parties and the Court-appointed mediator, David H. Lichter, Esq., conferred and agree that the mediation can be effectively conducted by video-conference. Therefore, the Parties respectfully request leave to conduct the mediation via video-conference.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(B), undersigned counsel certify all parties agree to the relief sought in this Joint Motion.

WHEREFORE, the Parties respectfully request this Court to enter an order granting leave to conduct the mediation in this action remotely via video technology.

Respectfully submitted this 13th day of January 2023.

[signatures on following page]

/s/ *Thomas J. Patti*
**THOMAS PATTI**
Florida Bar No. 118377
E-mail: tom@pzlg.legal
**VICTOR ZABALETA**
Florida Bar No. 118517
E-mail: victor@pzlg.legal
PATTI ZABALETA LAW GROUP
3325 Northwest 55th Street
Fort Lauderdale, Florida 33309
Phone: 561-542-8550

*COUNSEL FOR PLAINTIFF*

/s/ *Maria H. Ruiz*
**MARIA H. RUIZ**
Florida Bar No. 182923
KASOWITZ BENSON TORRES LLP
1441 Brickell Avenue, Suite 1420
Miami, FL 33131
Telephone: (786) 587-1044
Facsimile: (305) 675-2601
Mruiz@Kasowitz.com

*COUNSEL FOR EXPERIAN*

/s/ *Alexandria Epps*
**ALEXANDRIA EPPS**
Florida Bar No. 1002739
Quilling, Selander, Lownds, Winslett & Moser, P.C.
6900 N. Dallas Parkway, Ste 800
Plano, TX 75024
Telephone: 214-560-5463
Fax: 214-871-2111
aepps@qslwm.com

*COUNSEL FOR TRANS UNION*

/s/ *Jason D. Joffe*
**JASON DANIEL JOFFE**
Fla. Bar No. 13564
Squire Sanders & Dempsey LLP
Wachovia Financial Center
200 S Biscayne Boulevard
40th Floor
Miami, FL 33131-2398
(305) 577-7000
Fax: (305) 577-7001
Email: jason.joffe@squirepb.com

*COUNSEL FOR EQUIFAX*

/s/ *Drew P. O'Malley*
**DREW PATRICK O'MALLEY**
Fla. Bar No. 106551
Spencer Fane LLP
201 E. Franklin Street
Suite 2150
Tampa, FL 33602
813-424-3509
Email: domalley@spencerfane.com

*COUNSEL FOR NAVIENT*