UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.  1:22-cv-23695-BB

**PELAYO DURAN,**

    Plaintiff,

v.

**EXPERIAN INFORMATION SOLUTIONS INC,
EQUIFAX INFORMATION SERVICES LLC,
TRANS UNION LLC**, and
**NAVIENT SOLUTIONS LLC,**

    Defendants.
_____/

**ORDER GRANTING JOINT MOTION FOR LEAVE TO APPEAR
VIA VIDEO-CONFERENCE AT MEDIATION**

    This cause came before the Court on the Parties' Joint Motion For Leave To Appear Via Video-Conference At Mediation and the Court, having reviewed the Motion and the file herein, hereby ORDERS that the Parties' Joint Motion For Leave To Appear Via Video-Conference At Mediation is **GRANTED**.

    DONE AND ORDERED in Chambers at Miami, Florida, on _____, 2023.


                                                _____
                                              BETH BLOOM
                                              UNITED STATES DISTRICT JUDGE